```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

UNITED STATES OF AMERICA,

        Plaintiff,
v.                            Case No. 8:09-cv-2290-T-33EAJ

GHASSAN MOHAMMED ZEBDAOUI,

        Defendant.
_____/

**ORDER**

This matter is before the Court upon consideration of the report and recommendation of the Honorable Elizabeth A. Jenkins, United States Magistrate Judge (Doc. 19), which was entered on February 23, 2010, recommending that Defendant's Motion to Dismiss this Case with Prejudice (Dkt. 4) and Second Motion to Dismiss this Case with Prejudice (Doc. 14) be **DENIED**. No objections have been filed, and the time to file objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part,

the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration, the Court accepts and adopts the report and recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED:**

(1) The report and recommendation (Doc. 19) is **ADOPTED, CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for all purposes.

(2) Defendant's Motion to Dismiss this Case with Prejudice (Doc. 4) and Second Motion to Dismiss this Case with Prejudice (Doc. 14) are **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>23rd</u> day of March 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record