```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

UNITED STATES OF AMERICA,

                Plaintiff,

v.

                              Case No. 8:09-cv-2290-T-33EAJ

GHASSAN MOHAMMED ZEBDAOUI,

                Defendant.

_____/

## **ORDER**

This matter comes before the Court pursuant to Plaintiff United States of America's Motion to Stay Discovery, or Motion for Preliminary Pre-Trial Hearing (the "Motion" Doc. # 28), which was filed on March 23, 2010. Defendant failed to file a response in opposition to the Motion, and the time for Defendant to respond to the Motion has expired. Accordingly, the Court considers the Motion as an unopposed motion.

In the Motion, the Government requests an order staying discovery pending disposition of its pending motion for summary judgment (Doc. # 10). In the alternative, the Government moves for a preliminary pre-trial hearing concerning the Case Management Report. The Government explains that it has "submitted overwhelming evidence –including FBI fingerprint analysis (verified by two independent examiners), matching identification photographs, biographical information, and a sworn declaration . . . which prove that there is no triable, factual question that Zebdaoui is the criminal alien who was deported from the United States in 1981, and

who illegally re-entered using a stolen identity in 1983." (Doc. # 28 at 1). The government thus submits that Defendant "was ineligible to naturalize because he was not a lawfully admitted permanent resident, and because he was statutorily barred from showing that he was a person of good moral character." (Id.)

The Government contends that discovery is not necessary in this case, and the Government asks to be excused from its obligation to work with Defendant to create a joint Case Management Report. In light of the Government's submission and Defendant's failure to respond, the Court grants the Government's request. Pending the Court's decision on the Government's motion for summary judgment (Doc. # 10), the Government is relieved of the obligation to file a Case Management Report and all discovery is stayed.[1]

The Court will take up the matter of the Case Management Report, if necessary, after the Government's dispositive motion has been addressed.

Accordingly, it is

**ORDERED, ADJUDGED, and DECREED:**

Plaintiff's Motion to Stay Discovery, or Motion for Preliminary Pre-Trial Hearing (Doc. # 28) is **GRANTED** as follows: Pending the Court's decision on the Government's motion for summary judgment (Doc. # 10), the Government is relieved of the obligation

---

[1] In light of this Order, the Government is discharged of its obligations under the Court's April 30, 2010, Order to Show Cause concerning non-entry of a Case Management Report. (Doc. # 33).

to file a Case Management Report and all discovery is stayed.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>4th</u> day of May 2010.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel and Parties of Record